# United States Court of Appeals
## For the First Circuit
_____

No. 01-1410

BLANCHE E. GREENLESS, on behalf of herself and all others similarly
situated,
Plaintiff, Appellant,

v.

LINCOLN C. ALMOND, in his capacity as Governor of the State of Rhode
Island; CHRISTINE FERGUSON, in her capacity as Director of the
Department of Human Services for the State of Rhode Island; and
SHELDON WHITEHOUSE, in his capacity as Attorney General for the State
of Rhode Island,
Defendants, Appellees.

_____

**ERRATA SHEET**

The opinion of this court, issued January 28, 2002,
should be amended as follows:

On page 5, footnote 2, the citation "42 C.F.R.
§ 433.153 (2000)" is changed to "42 C.F.R. § 433.154 (2000)"